**Michael WHITNEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 105366**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: December 12, 2017

Ellen H. Flottman, 1000 West Nifong Bldg. 7 Ste. 100, Columbia, MO 65203, For Plaintiff/Appellant.

Dora A. Fichter, P.O. Box 899, Jefferson City, MO 65102, For Defendant/Respondent.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM.

Michael Whitney ("Movant") appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant argues in his sole point on appeal that the motion court erred in denying the motion because he received ineffective assistance from his plea counsel when counsel promised that Movant would receive long-term treatment and probation if he pleaded guilty. Specifically, Movant alleges his plea was involuntary because, absent his plea counsel's promise, he would have taken the case to trial. We affirm the judgment of the motion court.

No jurisprudential purpose would be served by a written opinion. However, we have provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).